FILED

2010 OCT 22 PM 4:19

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No. 10-cr-03345-RBB |
| Plaintiff,  ) | I N F O R M A T I O N |
| ) | **(Second Superseding)** |
| v.  ) | |
| ) | Title 18, U.S.C., |
| CHRISTIAN GARCIA,  ) | Sec. 111(a)(1) - Assault on a |
| ) | Federal Officer (Misdemeanor); |
| Defendant.  ) | Title 18, U.S.C., Sec. 111(a)(1) - |
| ) | Assault on a Federal Officer |
| ) | (Misdemeanor) |

The United States Attorney charges:

Count 1

On or about July 21, 2010, within the Southern District of California, defendant CHRISTIAN GARCIA, did willfully and forcibly assault, resist, oppose, impede, and interfere with a person named in Title 18, United States Code, Section 1114, to wit, United States Department of Homeland Security, United States Customs and Border Protection Officer, P. Staples, in that defendant attempted to take control of Officer Staples' service weapon, while Officer Staples was engaged in, and on account of, the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1), a misdemeanor.

//

//

//

ZNJ:bt
10/22/10

Count 2

On or about July 21, 2010, within the Southern District of California, defendant CHRISTIAN GARCIA, did willfully and forcibly assault, resist, oppose, impede, and interfere with a person named in Title 18, United States Code, Section 1114, to wit, United States Department of Homeland Security, United States Customs and Border Protection Officer, E. LaBarge, in that defendant attempted to spit on and bite Officer LaBarge, while Officer LaBarge was engaged in, and on account of, the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1), a misdemeanor.

DATED: October 22, 2010.

LAURA E. DUFFY
United States Attorney

ZACHARY N. JAMES
Special Assistant U.S. Attorney